List of Parties Requiring Notice Relating to
Chapter 11 Trustee's Motion to Transfer Personal Injury Tort and
Wrongful Death Claims Pursuant to 28 U.S.C. §157(b)(5)[D.E. 202]

| | |
|---|---|
| Robert J. Keach<br>Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104<br>rkeach@bernsteinshur.com<br>Trustee | Michael A. Fagone, Esq.<br>Bernstein, Shur, Sawyer & Nelson<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>(207) 774-1200<br>(207) 774-1127 (fax)<br>mfagone@bernsteinshur.com<br>On Behalf of Bernstein, Shur, Sawyer & Nelson,<br>Counsel to the Trustee |
| D. Sam Anderson, Esq.<br>Bernstein Shur Sawyer & Nelson<br>100 Middle St., West Tower<br>Portland, ME 04101<br>(207) 774-1200<br>(207) 774-1127 (fax)<br>sanderson@bernsteinshur.com<br>Counsel to the Trustee | Roger A. Clement, Jr., Esq.<br>Verrill Dana, LLP<br>One Portland Square<br>P.O. Box 586<br>Portland, ME 04112-0586<br>(207) 774-4000<br>207-774-7499 (fax)<br>rclement@verrilldana.com<br>Debtors Counsel and Special Counsel to the Trustee |
| Stephen G. Morrell, Esq.<br>Office of the U.S. Trustee<br>537 Congress Street<br>Portland, ME 04101<br>(207) 780-3564<br>stephen.g.morrell@usdoj.gov<br>Office of U.S. Trustee | Jennifer H. Pincus, Esq.<br>Office of the United States Trustee<br>537 Congress Street , Suite 303<br>Portland, ME 04101<br>207-780-3564<br>207-780-3568 (fax)<br>Jennifer.H.Pincus@usdoj.gov<br>Office of U.S. Trustee |
| Peter J. Flowers<br>Meyers & Flowers, LLC<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174<br>630-232-6333<br>630-845-8982 (fax)<br>pjf@meyers-flowers.com<br>Counsel for the PITWD plaintiffs | Craig D. Brown<br>Meyers & Flowers, LLC<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174<br>630-232-6333<br>630-845-8982 (fax)<br>cdb@meyers-flowers.com<br>Counsel for the PITWD plaintiffs |
| Jason C. Webster, Esq.<br>The Webster Law Firm<br>6200 Savoy, Ste. 515<br>Houston, TX 77036<br>713-581-3900<br>713-581-3907 (fax)<br>jwebster@thewebsterlawfirm.com<br>Counsel for the PITWD plaintiffs | Thomas M. Brown, Esq.<br>Eaton Peabody<br>P. O. Box 1210<br>Bangor, ME 04402-1210<br>(207) 947-0111<br>tbrown@eatonpeabody.com<br>On Behalf of Wrongful Death, Personal Injury,<br>Business, Property and Environmental Clients as of<br>9/1/13 |

| | |
|---|---|
| Mitchell A. Toups<br>Weller, Green, Toups & Terrell, L.L.P.<br>P.O. Box 350<br>Beaumont, TX 77704-0350<br>409-838-0101<br>409-832-8577 (fax)<br>matoups@wgttlaw.com<br>On Behalf of Wrongful Death, Personal Injury, Business, Property and Environmental Clients as of 9/1/13 | George W. Kurr, Jr.<br>Gross, Minsky & Mogul, P.A.<br>P.O. Box 917<br>Bangor, ME 04402-0917<br>(207) 942-4644<br>gwkurr@grossminsky.com<br>Counsel for the PITWD plaintiffs |
| Daniel C. Cohn, Esq.<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>617-457-4155<br>617-482-3868 (fax)<br>dcohn@murthalaw.com<br>Counsel for the PITWD plaintiffs | Taruna Garg, Esq.<br>Murtha Cullina LLP<br>177 Broad Street<br>Stamford, CT 06901<br>203-653-5400<br>203-653-5444 (fax)<br>tgarg@murthalaw.com<br>Counsel for the PITWD plaintiffs |
| Luc A. Despins<br>Paul Hastings, LLP<br>75 East 55th Street<br>New York, NY 10022<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@paulhastings.com<br>On Behalf of Informal Committee of Quebec Claimants | Richard P. Olson, Esq.<br>Perkins Olson, PA<br>32 Pleasant Street<br>P.O. Box 449<br>Portland, ME 04112<br>rolson@perkinsolson.com<br>On Behalf of Informal Committee of Quebec Claimants |
| Alan S. Gilbert, Esq.<br>Dentons US LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL  60606-6306<br>alan.gilbert@dentons.com<br>On Behalf of Defendants:<br>Edward A.Burkhardt<br>Robert Grindrod<br>Gaynor Ryan<br>Joseph McGonigle<br>Donald M. Gardner Jr.<br>Cathy Aldana<br>Rail World, Inc.<br>Rail World Holdings, LLC<br>Rail World Locomotive Leasing, LLC<br>Earlston As | Patrick C. Maxcy, Esq.<br>Dentons US LLP<br>233 S. Wacker Dr.<br>Suite 7800<br>Chicago, IL 60606<br>(312) 876-2810<br>(312) 876-7934 (fax)<br>patrick.maxcy@dentons.com<br>On Behalf of Defendants:<br>Edward A.Burkhardt<br>Robert Grindrod<br>Gaynor Ryan<br>Joseph McGonigle<br>Donald M. Gardner Jr.<br>Cathy Aldana<br>Rail World, Inc.<br>Rail World Holdings, LLC<br>Rail World Locomotive Leasing, LLC<br>Earlston As |

| | |
|---|---|
| E. Tim Walker, Esq.<br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>twalker@edwardswildman.com<br>On Behalf of Defendants Dakota Petroleum Transport Solutions LLC & DPTS Marketing, LLC | Bruce Jones, Esq.<br>Faegre Baker Daniels<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>bruce.jones@FaegreBD.com<br>On Behalf of Defendants Dakota Plains Transloading Inc. & Dakota Plains Marketing, LLC |
| Daniel Connolly, Esq.<br>Faegre Baker Daniels<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>daniel.connolly@FaegreBD.com<br>On Behalf of Defendants Dakota Plains Transloading Inc. & Dakota Plains Marketing, LLC | Michael F. Cockson, Esq.<br>Faegre Baker Daniels<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>michael.cockson@FaegreBD.com<br>On Behalf of Defendants Dakota Plains Transloading Inc. & Dakota Plains Marketing, LLC |
| Michael J. Kanute, Esq.<br>Faegre Baker Daniels<br>311 S. Wacker Drive, Suite 4400<br>Chicago, Illinois 60606-6622<br>mike.kanute@FaegreBD.com<br>On Behalf of Defendants Dakota Plains Transloading Inc. & Dakota Plains Marketing, LLC | Mark Filip P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>mark.filip@kirkland.com<br>On Behalf of Defendants World Fuel Services Corporation, Western Petroleum Company, Petroleum Transport Solutions, LLC |
| Leslie M. Smith P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>leslie.smith@kirkland.com<br>On Behalf of Defendants World Fuel Services Corporation, Western Petroleum Company, Petroleum Transport Solutions, LLC | James K. Robertson, Esq.<br>Carmody & Torrence LLP<br>50 Leavenworth Street<br>Waterbury, CT 06721-1110<br>jrobertson@carmodylaw.com<br>On Behalf of Defendants Union Tank Car Co. |
| Diane Sullivan, Esq.<br>Weil, Gotshal & Manges LLP<br>301 Carnegie Center<br>Suite 303<br>Princeton, New Jersey 08540-6589<br>diane.sullivan@weil.com<br>On Behalf of Defendants CIT Group, Inc. | Victoria Vron<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>On Behalf of Defendants CIT Group, Inc. |
| Arvin Maskin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>arvin.maskin@weil.com<br>On Behalf of Defendants CIT Group, Inc. | Thomas P. Cimino, Esq.<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>tcimino@vedderprice.com<br>On Behalf of Defendants CIT Group, Inc. |

| | |
|---|---|
| Marcia Goldstein<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>On Behalf of Defendants CIT Group, Inc. | Debra A. Dandeneau<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>On Behalf of Defendants CIT Group, Inc. |
| Allison Brown, Esq.<br>Weil, Gotshal & Manges LLP<br>301 Carnegie Center, Suite 303<br>Princeton, New Jersey 08540-6589<br>allison.brown@weil.com<br>On Behalf of Defendants CIT Group, Inc. | Jennifer A. Kenedy, Esq.<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>jkenedy@lockelord.com<br>On Behalf of Defendants Trinity Industries, Inc. |
| Matthew Kalas, Esq.<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>mkalas@lockelord.com<br>On Behalf of Defendants Trinity Industries, Inc. | Tiffany L. Amlot<br>Dentons US LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL  60606-6306<br>Tiffany.amlot@dentons.com<br>On Behalf of Defendants:<br>Edward A.Burkhardt<br>Robert Grindrod<br>Gaynor Ryan<br>Joseph McGonigle<br>Donald M. Gardner Jr.<br>Cathy Aldana<br>Rail World, Inc.<br>Rail World Holdings, LLC<br>Rail World Locomotive Leasing, LLC<br>Earlston As |
| William Robert Andrichik, Esq.,<br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>wandrichik@edwardswildman.com<br>On Behalf of Defendants  DPTS Marketing, LLC, Dakota Petroleum Transport Solutions, LLC | Cal Richard Burnton, Esq.,<br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>CBurnton@edwardswildman.com<br>On Behalf of Defendants DPTS Marketing, LLC, Dakota Petroleum Transport Solutions, LLC |
| Michael R. Dockterman, Esq<br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>mdockterman@edwardswildman.com<br>On Behalf of Defendants DPTS Marketing, LLC, Dakota Petroleum Transport Solutions, LLC | Megan Colleen Hugo, Esq<br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>mhugo@edwardswildman.com<br>On Behalf of Defendants  DPTS Marketing, LLC, Dakota Petroleum Transport Solutions, LLC |

| | |
|---|---|
| Steven Lawrence Merouse<br>Dentons US LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL  60606-6306<br>steven.merouse@dentons.com<br>On Behalf of Defendants:<br>Edward A.Burkhardt<br>Robert Grindrod<br>Gaynor Ryan<br>Joseph McGonigle<br>Donald M. Gardner Jr.<br>Cathy Aldana<br>Rail World, Inc.<br>Rail World Holdings, LLC<br>Rail World Locomotive Leasing, LLC<br>Earlston As | John C. Gekas, Esq.<br>Arnstein & Lehr, LLP<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606<br>jgekas@arnstein.com<br>On Behalf of Defendants GATX Corporation. |
| Brian Ledebuhr, Esq.<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>bledebuhr@vedderprice.com<br>On Behalf of Defendants CIT Group, Inc. | James David Duffy<br>Thompson Coburn LLP<br>55 East Monroe Street<br>Chicago, IL 60603<br>dduffy@thompsoncoburn.com<br>On Behalf of Defendants Union Tank Car Co. |
| Michael F. Hahn, Esq.<br>Eaton Peabody<br>One Portland Square<br>Portland, ME 04101<br>(207) 274-5266<br>(207) 274-5286 (fax)<br>mhahn@eatonpeabody.com<br>On Behalf of Bangor Savings Bank | James F. Molleur, Esq.<br>Molleur Law Office<br>419 Alfred Street<br>Biddeford, ME 04005<br>(207) 283-3777<br>(207) 283-4558 (fax)<br>jim@molleurlaw.com<br>On Behalf of Brotherhood of Locomotive Engineers and Trainmen |
| Jordan M. Kaplan, Esq.<br>Zwerdling, Paul, Kahn & Wolly, PC<br>1025 Connecticut Ave., N.W<br>Suite 712<br>Washington, DC 20037<br>(202) 857-5000<br>(202) 223-8417 (fax)<br>jkaplan@zwerdling.com<br>On Behalf of Brotherhood of Locomotive Engineers and Trainmen | Isaiah A. Fishman<br>Krasnow Saunders Kaplan & Beninati LLP<br>500 N. Dearborn St., Second Floor<br>Chicago, IL 60654<br>(312) 755-5700<br>(312) 755-5720 (fax)<br>ifishman@krasnowsaunders.com<br>On Behalf of C.K. Industries, Inc. |

| | |
|---|---|
| Michael S. Wolly, Esq.<br>Zwerdling, Paul, Kahn & Wolly, PC<br>1025 Connecticut Ave., N.W<br>Washington, DC 20036<br>On Behalf of Brotherhood of Locomotive Engineers and Trainmen | Alan R. Lepene, Esq.<br>Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114<br>(216) 566-5520<br>(216) 566-5800 (fax)<br>Alan.Lepene@ThompsonHine.com<br>On Behalf of:<br>Eastern Maine Railway Company<br>Maine Northern Railway Company<br>New Brunswick Southern Railway Company |
| Keith J. Cunningham, Esq.<br>Pierce Atwood<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101-1110<br>(207) 791-1100<br>(207) 791-1350 (fax)<br>kcunningham@pierceatwood.com<br>On Behalf of:<br>Eastern Maine Railway Company<br>Irving Paper Limited<br>Irving Pulp & Paper Limited<br>J.D. Irving, Limited<br>Maine Northern Railway Company<br>New Brunswick Southern Railway Company | Deborah L. Thorne, Esq.<br>Barnes & Thornburg LLP<br>1 North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>(312) 214-8307<br>On Behalf of Defendants GATX Corporation |
| Kelly McDonald, Esq.<br>Murray, Plumb & Murray<br>75 Pearl Street<br>Portland, ME 04101<br>(207) 523-8219<br>kmcdonald@mpmlaw.com<br>On Behalf of GNP Maine Holdings, LLC | Curtis E. Kimball, Esq.<br>Rudman & Winchell<br>P. O. Box 1401<br>Bangor, ME 04402-1401<br>(207) 947-4501<br>ckimball@rudman-winchell.com<br>On Behalf of First Union Rail |
| Jeremy R. Fischer<br>Drummond Woodsum<br>84 Marginal Way<br>Suite 600<br>Portland, ME 04101-2480<br>(207) 772-1941<br>jfischer@dwmlaw.com<br>On Behalf of:<br>Indian Harbor Insurance Company<br>XL Insurance Company, Ltd. | Frank J. Guadagnino<br>Clark Hill Thorp Reed<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>412-394-2329<br>412-394-2555 (fax)<br>fguadagnino@clarkhillthorpreed.com<br>On Behalf of the Maine Department of Transportation |

| | |
|---|---|
| Eric M. Hocky<br>Clark Hill Thorp Reed<br>2005 Market Street<br>Suite 1000<br>Philadelphia, PA 19103<br>215-640-8523<br>215-640-8501 (fax)<br>ehocky@clarkhill.com<br>On Behalf of the Maine Department of Transportation | Elizabeth L. Slaby<br>Clark Hill Thorp Reed<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>412-394-2486<br>412-394-2555 (fax)<br>bslaby@clarkhillthorpreed.com<br>On Behalf of the Maine Department of Transportation |
| Pamela W. Waite, Esq.<br>Dept. of Attorney General<br>Six State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>pam.waite@maine.gov<br>On Behalf of the Maine Revenue Services | William C. Price<br>Clark Hill Throp Reed<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>412-394-7776<br>412-394-2555 (fax)<br>wprice@clarkhill.com<br>On Behalf of the Maine Department of Transportation |
| Nathaniel R. Hull, Esq.<br>Verrill Dana LLP<br>P.O. Box 586<br>Portland, ME 04112-0586<br>(207) 774-4000<br>(207) 774-7499 (fax)<br>nhull@verrilldana.com<br>Debtors Counsel | Fred W. Bopp III,, Esq.<br>Perkins Thompson, P.A.<br>One Canal Plaza<br>P O Box 426<br>Portland, ME 04112-0426<br>(207) 774-2635<br>(207) 871-8026 (fax)<br>fbopp@perkinsthompson.com<br>On Behalf of Progress Rail Services Corporation |
| Randy J. Creswell, Esq.<br>Perkins Thompson Hinckley & Keddy, P.A.<br>One Canal Plaza<br>P.O. Box 426<br>Portland, ME 04112-0426<br>(207) 774-2635<br>(207) 871-8026 (fax)<br>rcreswell@perkinsthompson.com<br>On Behalf of Progress Rail Services Corporation | Anthony J. Manhart<br>Perkins Thompson Hinckley & Keddy, P.A.<br>One Canal Plaza<br>PO Box 426<br>Portland, ME 04112<br>(207) 774-2635<br>(207) 871-8026 (fax)<br>tmanhart@perkinsthompson.com<br>On Behalf of Progress Rail Services Corporation |
| Ronald Stephen Louis Molteni, Esq.<br>U.S. Surface Transportation Board<br>395 E Street, S.W.<br>Washington, DC 20423<br>(202) 245-0267<br>(202) 245-0460 (fax)<br>moltenir@stb.dot.gov<br>On Behalf of Surface Transportation Board | Virginia Strasser<br>Surface Transportation Board<br>395 E Street, S.W.<br>Washington, DC 20423<br>202-245-0267<br>strasserv@stb.dot.gov<br>On Behalf of Surface Transportation Board |

| | |
|---|---|
| Wystan M. Ackerman<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8388<br>860-275-8299 (fax)<br>On Behalf of Travelers Property Casualty Company of America | Michael R. Enright<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-8290<br>On Behalf of Travelers Property Casualty Company of America |
| Stephen Edward Goldman<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8255<br>860-275-8299 (fax)<br>On Behalf of Travelers Property Casualty Company of America | Joshua Aaron Randlett<br>Richardson, Whitman, Large & Badger<br>One Merchants Plaza<br>P.O. Box 2429<br>Bangor, ME 04402-2429<br>207-945-5900<br>207-945-0758 (fax)<br>jrandlett@rwlb.com<br>On Behalf of Travelers Property Casualty Company of America |
| John Thomas Stemplewicz<br>U S Department of Justice Civil Division<br>1100 L. Street, N.W.<br>Room 10052<br>Washington, DC 20005<br>202-307-1104<br>202-514-9163 (fax)<br>john.stemplewicz@usdoj.gov<br>On Behalf of United States of America (DOJ, Civil Division) | Jay S. Geller<br>Law Office of Jay S. Geller<br>One Monument Way<br>Suite 200<br>Portland, ME 04101<br>207-899-1477<br>207-773-8832 (fax)<br>jgeller@maine.rr.com<br>On Behalf of Defendants World Fuel Services Corporation,  Western Petroleum Corporation |
| David C. Johnson<br>Marcus, Clegg & Mistretta, P.A.<br>One Canal Plaza<br>Suite 600<br>Portland, ME 04101<br>207-828-8000<br>207-773-3210 (fax)<br>bankruptcy@mcm-law.com<br>On Behalf of Wheeling & Lake Erie Railway Company | George J. Marcus, Esq.<br>Marcus, Clegg & Mistretta, PA<br>One Canal Plaza<br>Suite 600<br>Portland, ME 04101-4102<br>(207) 828-8000<br>bankruptcy@mcm-law.com<br>On Behalf of:<br>Wheeling & Lake Erie Railway Company<br>XL Insurance Company, Ltd. |
| Craig Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com<br>On Behalf of XL Insurance Company, Ltd. | Jeffrey T. Piampiano, Esq.<br>Drummond Woodsum & MacMahon<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480<br>(207)772-1941<br>(207) 772-3627 (fax)<br>jpiampiano@dwmlaw.com<br>On Behalf of XL Insurance Company, Ltd. |

| | |
|---|---|
| Stefanie Wowchuk McDonald<br>Dentons US LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL  60606-6306<br>stefanie.mcdonald@dentons.com<br>On Behalf of Defendants:<br>Edward A.Burkhardt<br>Robert Grindrod<br>Gaynor Ryan<br>Joseph McGonigle<br>Donald M. Gardner Jr.<br>Cathy Aldana<br>Rail World, Inc.<br>Rail World Holdings, LLC<br>Rail World Locomotive Leasing, LLC<br>Earlston Asssociates | Victoria Morales<br>Maine Department of Transportation<br>16 State House Station<br>Augusta, ME 04333-0016<br>207-624-3020<br>Victoria.Morales@maine.gov |
| Edward S. MacColl<br>Bull, Furey, Bass & MacColl, LLC, P.A.<br>120 Exchange Street<br>P.O. Box 447<br>Portland, ME  04112-0447<br>(207) 774-7600<br>emaccoll@thomport.com<br>On Behalf of Defendants  CIT Group, Inc. | |